HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD GLENN,

                Petitioner,

    v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. C12-5646 RBL

ORDER DENYING CERTIFICATE
OF APPEALABILITY

[DKT. #20]

      THIS MATTER is before the Court on Petitioner Glenn's Motion for a Certificate of Appealability [Dkt. #21] of this Court's Order Denying [Dkt. #15] his 2255 Motion for Short-Tandem Repeat DNA testing, and this Court's Order [Dkt. #19] Denying his Motion for Reconsideration.

      The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(3).  To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were

1  adequate to deserve encouragement to proceed further.  *Slack v. McDaniel*, 120 S.Ct. 1595,

2  1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

3          For the reasons outlined in the Court's prior Orders, Petitioner Glenn has not met this

4  standard and this Court will not issue him a Certificate of Appealability.  The Petitioner's Motion

5  for such a certificate is DENIED.

6          IT IS SO ORDERED.

7          Dated this 23rd day of May, 2013.

8

9          _____
           RONALD B. LEIGHTON
10         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[DKT. #20] - 2