HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARD GLENN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. C12-5646 RBL<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY<br><br>[DKT. #20] |

THIS MATTER is before the Court on Petitioner Glenn's Motion for a Certificate of Appealability [Dkt. #21] of this Court's Order Denying [Dkt. #15] his 2255 Motion for Short-Tandem Repeat DNA testing, and this Court's Order [Dkt. #19] Denying his Motion for Reconsideration.

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were

1 adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595,

2 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

3      For the reasons outlined in the Court's prior Orders, Petitioner Glenn has not met this

4 standard and this Court will not issue him a Certificate of Appealability. The Petitioner's Motion

5 for such a certificate is DENIED.

6      IT IS SO ORDERED.

7      Dated this 23rd day of May, 2013.

8

9                                                                                        RONALD B. LEIGHTON

10                                                                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24